**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EUGENE KOROVIN,

                    Plaintiff,

          -against-

CITIGROUP GLOBAL MARKETS
HOLDINGS INC,

                    Defendant.

**21-cv-3294 (ALC)**

**ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION**

**Andrew L. Carter, Jr., Chief United States District Judge:**

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted the complaint without the filing fees or an IFP application. Plaintiff subsequently requested an extension through June 30, 2021 to pay the fee, ECF No. 2, which this Court granted, ECF No. 7. By letter dated June 23, 2021, Plaintiff advised the Court that he needed additional time to pay the fee and could do so by July 22, 2021. ECF No. 10. Defendant does not oppose this request. ECF No. 12.

Accordingly, Plaintiff's request for an extension through July 22, 2021 to pay the required fee is GRANTED. By that date, Plaintiff must pay the $402.00 in fees. Alternatively, if Plaintiff cannot pay the required fee, Plaintiff can submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 21-cv-3294. If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. No summons shall issue at this time. If Plaintiff complies with this order, the case

shall be processed in accordance with the procedures of the Clerk's Office. No further extensions shall be granted absent good cause shown. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

**SO ORDERED.**

**Dated:**     **July 1, 2021**
             **New York, New York**

**HON. ANDREW L. CARTER, JR.**
**United States District Judge**