USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __07/23/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

   **EUGENE KOROVIN,**

                              **Plaintiff,**

                            1:21-cv-03294 (ALC)

      -against-

                            **ORDER**

   **CITIGROUP GLOBAL MARKETS**
   **HOLDINGS INC.,**

                            **Defendant.**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On July 22, 2021, Plaintiff moved for leave to proceed *in forma pauperis*. ECF No. 16. Plaintiff's application is DENIED. *See* 28 U.S.C. § 1915.

Plaintiff is hereby ORDERED to pay the $402.00 filing fee by no later than August 6, 2021. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. No further extensions will be granted absent good cause shown. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States,* 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

**SO ORDERED.**

**Dated:  July 23, 2021**
          **New York, New York**
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**